**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In Re ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION. | MDL 1446 |
| MARK NEWBY, ET AL., *Plaintiffs*, v. ENRON CORPORATION, ET AL., *Defendants*. | CIVIL ACTION NO. H-01-3624 AND CONSOLIDATED CASES |
| PAMELA M. TITTLE, on behalf of herself and a class of persons similarly situated, ET AL., *Plaintiffs*, v. ENRON CORP., an Oregon Corporation, ET AL., *Defendants*. | CIVIL ACTION NO. H-01-3913 |
| KEVIN LAMPKIN, Individually and on Behalf of All Others Similarly Situated, ET AL., *Plaintiffs*, v. UBS PAINEWEBBER INC. and UBS WARBURG, LLC, *Defendants*. | CIVIL ACTION NO. H-02-0851 |
| SAMUEL GIANCARLO, Individually and on Behalf of All Others Similarly Situated, ET AL., *Plaintiffs*, v. UBS FINANCIAL SERVICES INC., and UBS SECURITIES, LLC, and UBS AG, *Defendants*. | CIVIL ACTION NO. H-03-4359 |

**~~[PROPOSED~~] ORDER GRANTING AGREED MOTION**
**TO AMEND BRIEFING SCHEDULE FOR CLASS CERTIFICATION**

Upon consideration of the Agreed Motion to Amend Briefing Schedule for Class Certification submitted by UBS Financial Services Inc., UBS Securities LLC, and UBS AG (collectively, "Defendants"), and Kevin Lampkin, Janice Schuette, Robert Ferrell, Stephen Miller, Joe Brown, Franklin Gittess, Terry Nelson, Diane Swiber, Samuel Giancarlo, and Carlos Alsina (collectively, "Plaintiffs"), in the above-styled and numbered cases, it is hereby ORDERED that the Agreed Motion to Amend Briefing Schedule for Class Certification is GRANTED.

It is further ORDERED that Plaintiffs in the above-styled and numbered cases may amend or supplement their current motions for class certification (*Lampkin* # 166 and *Giancarlo* # 124) no later than thirty (30) days following the entry of the mandates by the Fifth Circuit Court of Appeals in Nos. 06-20856, 06-20857, and 06-20858.

It is further ORDERED that Defendants in the above-styled and numbered cases may submit papers in opposition to class certification no later than sixty (60) days following the entry of the mandates by the Fifth Circuit Court of Appeals in Nos. 06-20856, 06-20857, and 06-20858.

It is further ORDERED that Plaintiffs in the above-styled and numbered cases may submit papers in further support of class certification no later than ninety (90) days following the entry of the mandates by the Fifth Circuit Court of Appeals in Nos. 06-20856, 06-20857, and 06-20858.

SIGNED AND ENTERED this 1st day of February, 2007

Melinda Harmon

HON. MELINDA HARMON
UNITED STATES DISTRICT JUDGE